```
                      UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA

                        CIVIL MINUTES -- GENERAL
```

Case No.   **CV 09-2597-VBF(CTx)**                         Dated: **July 30, 2010**

Title:     United States of America -v- Southern California Edison
           Company, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

           Joseph Remigio                              None Present
           Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

           None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**      **COURT ORDER STRIKING AND TAKING OFF
                                     CALENDAR DEFENDANT COUNTY OF SAN
                                     BERNARDINO'S MOTION FOR SUMMARY
                                     JUDGMENT [Dkts. #30, 32]**

The Court has received County of San Bernardino's Motion For Summary
Judgment, filed July 28, 2010 (dkts. #30, 32) and noticed for a hearing
for August 30, 2010.  This Motion is hereby STRICKEN and TAKEN OFF
CALENDAR because it does not provide the requisite 49-day notice between
filing and the hearing.  *See* Fed. R. Civ. P. 56(c); L.R. 7-10.


MINUTES FORM 90                        Initials of Deputy Clerk ___jre___
CIVIL - GEN
                                    -1-