Friedrich W. Seitz   (SBN 51536)
Gina E. Och        (SBN 170520)
Richard C. Moreno  (SBN 190869)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone:  (213) 623-7400
Facsimile:  (213) 623-6336
E-Mail:     fseitz@murchisonlaw.com
            goch@murchisonlaw.com
            rmoreno@murchisonlaw.com

Attorneys for Defendant, Cross-Defendant and Counter-Claimant, SOUTHERN CALIFORNIA EDISON COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, THE COUNTY OF SAN BERNARDINO,<br><br>                  Defendants.<br><br>AND RELATED CROSS-CLAIM AND COUNTER-CLAIM | CASE NO. CV 09-02597 VBF (CTx)<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSING OR BARRING CROSS-CLAIMS**<br><br>[LODGED IN CHAMBERS]<br><br>Date:    May 23, 2011<br>Time:    1:30 p.m.<br>Crtrm.:   9<br><br>**Assigned to:** Hon. Valerie Baker Fairbank<br>Sett. Conf:   May 31, 2011<br>FPTC Date:   June 20, 2011<br>Trial Date:   July 5, 2011 |

**IT IS SO ORDERED,** that having shown good cause, Defendant SOUTHERN CALIFORNIA EDISON COMPANY's settlement with Plaintiff UNITED STATES OF AMERICA in the above-captioned matter has been deemed to be in good faith under California Code of Civil Procedure §§ 877 and 877.6, Defendant SOUTHERN CALIFORNIA EDISON COMPANY's Motion for Determination of Good Faith settlement is granted.

1  **IT IS FURTHER ORDERED** that the Cross-Claim of Defendant COUNTY OF
2  SAN BERNARDINO is dismissed against Defendant SOUTHERN CALIFORNIA
3  EDISON COMPANY, and any future claim for equitable indemnification or contribution
4  against Defendant SOUTHERN CALIFORNIA EDISON COMPANY shall be barred by
5  this good faith settlement determination.

8  **DATED:   May 12, 2011**         *Valerie Baker Fairbank*
9                                    **HONORABLE VALERIE BAKER FAIRBANK**
                                     **UNITED STATES DISTRICT COURT JUDGE**