JS - 6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KEVIN B. FINN
4  Assistant United States Attorney
   Calif. Bar No. 128072
5       Federal Building, Suite 7516
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6739
7       Facsimile: (213) 894-7327
        E-mail: Kevin.Finn@usdoj.gov
8
   Attorneys for Plaintiff UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; THE COUNTY OF SAN BERNARDINO,<br><br>Defendants. | No. CV 09-2597 VBF (CTx)<br><br>~~(Proposed)~~ ORDER TO DISMISS ACTION<br><br>Honorable Valerie Baker Fairbank |
| AND RELATED CROSS-CLAIM. | |
| AND RELATED COUNTER-CLAIM. | |

   Plaintiff United States of America and defendants Southern California Edison Company and the County of San Bernardino filed a Stipulation to Dismiss Action based on the settlement agreements reached between all parties.  Therefore, the Court finds that Good Cause exists, and,

1  IT IS HEREBY ORDERED, that this action is dismissed with
2 prejudice in its entirety, including the United States of
3 America's First Amended Complaint, the County of San Bernardino's
4 Cross-Claim and Southern California Edison's Counter-Claim, with
5 each party to bear their own attorney's fees and costs.

7  DATED: September  16, 2011

10  _____
     VALERIE BAKER FAIRBANK
     UNITED STATES DISTRICT JUDGE